1  Stephen Heller, APC • State Bar No. 59485
   Shayne Heller LaChapelle • State Bar No. 218360
2  THE HELLER LAW FIRM
   24025 Park Sorrento, Suite 240
3  Calabasas, California 91302-4008

4  Phone:      (818) 591-6388
   Fax:        (818) 591-6399
5

6  Attorneys for Plaintiffs
   MARTIN MRÁZIK and
7  SONA MRAZIKOVA

8

9              **UNITED STATES DISTRICT COURT**

10         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12  MARTIN MRÁZIK and                   CASE NO.:   CV11-04964 EJD
    SONA MRAZIKOVA,
13                                       Assigned to:    Hon. Mark Pierce, for
                  Plaintiffs,                            case management
14                                                       purposes
    v.
15                                       **[PROPOSED] ORDER RE:**
    FOX HEAD, INC., dba FOX             **STIPULATION TO  REMAND**
16  RACING, INC.; and DOES 1            **CASE TO STATE COURT**
    through 50, inclusive,
17
                  Defendants.
18

19

20

21       GOOD CAUSE APPEARING, the within matter is ordered remanded

22  to Superior Court of the State of California in and for the County of Santa

23  Clara. The Clerk shall close this file.

24

25  DATED:  November 15, 2011          _____
26
                                        JUDGE EDWARD J. DAVILA
27                                      UNITED STATES DISTRICT COURT

28

THE HELLER LAW FIRM
24025 Park Sorrento • Suite 240
Calabasas, CA 91302-4008

- 1 -

THE HELLER LAW FIRM
24025 Park Sorrento • Suite 240
Calabasas, CA  91302-4008

1

<u>CERTIFICATE OF FILING</u>

2

3       I do hereby certify that I have on this 9th day of November 2011,

4   electronically filed the foregoing with the Clerk of the Court using the

5   CM/ECF system which will send notification of such filing to Shawn A.

6   Toliver, Esq., Sasha M. Cummings, Esq. and Lorena Matei, Esq. of Lewis,

7   Brisbois, Bisgaard & Smith, LLP, attorneys for Defendants.

8

9

10                                             /s/

11                                   _____
                                     STEPHEN HELLER

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
[PROPOSED] ORDER RE: STIPULATION TO REMAND CASE TO STATE COURT